Joshua R. Furman, Bar No. 225461
jrf@furmanlawyers.com
JOSHUA R. FURMAN LAW CORPORATION
9663 Santa Monica Boulevard, No. 721
Beverly Hills, California 90210
Telephone:  (310) 809-3016
Facsimile:  (310) 861-0449
*Attorney for Plaintiff,*
EARL SCHEIB OF WEST LA, LLC

Cynthia L. Marks, Bar No. 136613
cmarkslaw@yahoo.com
4127 Federman Lane
San Diego, California  92130
Telephone: (858) 353-1668
*Attorney for Defendant,*
EARL SCHEIB, INC.

Ben West, State Bar No. 251018
bwest@mckennalong.com
Mark Hagarty, State Bar No. 90224
mhagarty@mckennalong.com
MCKENNA LONG & ALDRIDGE, LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Tel.:  619.533.7366
Fax:  619.744.3681
*Attorneys for Defendants,*
KELLY CAPITAL, LLC and
KELLY CAPITAL INVESTMENTS, LLC

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL SCHEIB OF WEST LA, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>EARL SCHEIB, INC., a Delaware corporation; KELLY CAPITAL, LLC, a California limited liability company; KELLY CAPITAL INVESTMENTS, LLC, a California limited liability company; and DOES 1–10, inclusive,<br><br>Defendants. | Case No.: CV 11-06790 DMG (VBKx)<br><br>**ORDER DISMISSING ACTION [32]** |

1  Pursuant to the Stipulation of the Parties filed with this Court, this action is
2  dismissed in its entirety as to all parties, complaints, and counterclaims, with
3  prejudice.  All parties are to bear their own fees and costs.

5  IT IS SO ORDERED.

7  Date:  April 26, 2012

_____
Dolly M. Gee
United States District Judge